# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BENJAMIN ANTHONY KRAMER,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO. 8:26MJ499<br><br>**ENTRY OF APPEARANCE** |

Yvonne Sosa hereby enters her appearance as counsel on behalf of the Defendant in the above-captioned case.

Please direct all future pleadings and correspondence to the undersigned.

DATED this 9th day of November, 2026.

Respectfully submitted,

Benjamin Anthony Kramer, Defendant,

By /s/ Yvonne Sosa

Yvonne Sosa
Attorney for Defendant
1620 Dodge St., Ste. 600
Omaha, NE 68102
Telephone: (402) 221-7896
Fax: (402) 221-7884
E-Mail: yvonne_sosa@fd.org